### COMMONWEALTH *vs.* WILLIAM MELLING.

A complaint of " J. S." for an unlawful sale of intoxicating liquor to "said J." sufficiently describes the person to whom the sale was made.

It is no ground of arresting judgment on a complaint to a justice of the peace, that the whole of his name except the surname is expressed both in the caption and the jurat by initial letters.

COMPLAINT on *St.* 1855, *c.* 215, § 15, wherein " Alice Langley, of New Bedford," charges the defendant with an unlawful sale of intoxicating liquors " to said Alice." The complaint was addressed to " F. L. Porter, a justice of the peace," &c. and the jurat was signed in like manner.

After conviction in the court of common pleas in Bristol at June term 1859, the defendant moved in arrest of judgment for these reasons :

1st. " The complaint, in alleging a sale to ' said Alice,' does not sufficiently designate, according to the rules of law, to whom the sale was made."

2d. " The description of the justice of the peace before whom the complaint was made is not sufficient, in merely giving the initials of his Christian name."

*Morris*, J. overruled the motion, and the defendant alleged exceptions.

*J. Brown*, for the defendant.

*S. H. Phillips*, (Attorney General,) for the Commonwealth.

THE COURT                              *Overruled the exceptions.*